FILED 2015 AUG 25 P 1:21 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Willard Phillip McCrone - #074763

Case No. CV 15 80 221MISC JD

**ORDER TO SHOW CAUSE RE INACTIVE STATUS FROM MEMBERSHIP IN GOOD STANDING OF THE BAR** OF THE COURT

TO: Willard Phillip McCrone

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Placed on Inactive status by the State Bar of California effective 7/30/15.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 30, 2015,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 30, 2015 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/25/2015

JAMES DONATO
United States District Judge

United States District Court
Northern District of California